AO 440 (Rev. 12/08; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

UNITED STATES OF AMERICA
C/O HERBERT A. ROSENTHAL, CHARLES F. GORMLY

*Plaintiff*

v.                                          Civil Action No.

ESTATE OF RUTH COTHREN A/K/A RUTH
SIMMONS COTHREN A/K/A RUTHE E. COTHREN

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
HOUSING ADMINISTRATION
SERVE: NICHOLAS MAJETT, DEPUTY DIRECTOR OF COMPLIANCE AND
ENFORCEMENT
941 N. CAPITOL STREET, N.E.
WASHINGTON, DC 20002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HERBERT A. ROSENTHAL
CHARLES F. GORMLY
5101 WISCONSIN AVE., N.W., SUITE 210
WASHINGTON, DC 20016
TEL. NO. 202.785.9773

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:   7/25/2012

/s/   Sherryl Horn

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09, DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12 CV 01227 GK          USA v. EST OF RUTH COTHREN -

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Department of Consumer and Regulatory Affairs Housing Administration
was received by me on *(date)* 8/1/2012

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Melinda M. Bolling, General Counsel , who is
designated by law to accept service of process on behalf of *(name of organization)* Department of Consumer
and Regulatory Affairs Housing Administration on *(date)* 9/6/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 9/6/2012

_____
*Server's signature*

Michael Johnstone, process server
*Printed name and title*

4559 MacArthur Blvd. N.W. Washington DC
*Server's address*

Additional information regarding attempted service, etc:

$ L 58 260 35
served at 1100 4th St. S.W. Washington D.C